UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FAHEEM WALTER,

                Defendant.

18-CR-834-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received the attached letter from defendant Faheem Walter, which the Court treats as a *pro se* motion for compassionate release. To assure able briefing and thoroughgoing consideration of the issues presented, the Court asks trial counsel for Mr. Walter to submit a memorandum of law in support of this application   This letter is due Thursday, May 28, 2020. The Government's response is due Monday, June 1, 2020. The Court encourages Government and defense counsel to confer in advance of these submissions to assure a full mutual understanding of the issues presented and arguments to be made.

      SO ORDERED.

                                          *Paul A. Engelmayer*
                                  PAUL A. ENGELMAYER
                                  United States District Judge

Dated: May 26, 2020
      New York, New York



Rakeem Walker #86336-054
Metro Politan Correctional Center
150 Parkrow
New York, New York 10007

15 MAY 2020 PM 7 L

To: Honorable Judge Paul A. Engelmeyer
500 Pearl Street
New York, New York 10007

10007-131698

3x Love Always Blue!! 3x

5-14-20

Dear honorable Judge Englemyer my name is Faheem Walker and i am being held at MCC and i have a medical condition of a colostomy bag i was shot on october 26 2018 and was later detained. Since i have been incarcerated i have yet to get the proper medical treatment that i am suppose to get, i have also got infections on my stoma from not getting proper medical treatment, i have sores & worts on my stoma. I have been getting supplies but when i tell the medical staff about my condition they have done nothing about it. Judge i have told my lawyer Edward sapone & chase ruby about the problems ive been having here about my condition he put in a letter to the BOP and they still have yet to check on me. Judge i have got a colostomy bag and i was suppose to have my surgery but i have yet not to have it i was suppose to have a colostomy bag for 3-6 months now its 20 months later and i have not gotten the reversal of the colostomy. While im being incarcerated im going thru really hard living conditions in MCC BOP because of the corona virus they have us on 23hrs a day locked in a cell for last 3 weeks and before that we were locked in a cell 24hrs a day for 2 months straight with only 2 hrs a week for shower. We also wasnt getting hot meals we were served box lunches that were cold & frozen bread & cold cuts bologny sandwiches. I couldnt speak to my family members my children, ive lost family members due to the corona virus, in my unit North several people was tested positive for covid-19 im scared for my life of catching the covid-19 because people around me and close to me have tested positive. Ive had my attorney's put in a motion for compassionate release due to covid-19 and

They told me that my request was denied. I was wondering if you could reconsider my compassionate release because i really need to see medical outside of this facility i have tried all my options to get medical attention and i was denied. I understand ive made mistakes in life i have learned my lesson and i feel my mistakes shouldn't cost me my life because people are dying from this virus and we still doesn't have a cure for it. im very scared of contracting this virus because multiple people around me + in this facility have caught it + died from it. Also im a sentenced inmate and i was designated to Hazelton PEN out in West Virginia that is very far and i was wondering could you take in the courts decision to have me designated somewhere closer to New York to my family West Virginia is very far for my family to travel i might not ever get to see my children or family. Judge Englemyer, please consider my request to help me get to my family closer i have not gotten my surgery + i have been pushed away from my children that i miss so much no longer. It's a class Act Lawsuit being filed on MCC for harsh hard conditions and im suffering by being in this facility, if i do go to a facility can i be placed in a medical facility close to my family and can you ADD me an attorney to persue this class act lawsuit on my behalf because my attorney that i had for my case said its nothing they can do because they are off my case because i have been sentenced.

Thank you for your time Mr. WALTER

CAN you please write me back so i know you have received my letter.