UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                -v-

FAHEEM WALTER,

                        Defendant.

18-CR-834-6 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 14, 2020, counsel for defendant Faheem Walter filed a motion seeking Mr. Walter's compassionate release from the Metropolitan Correctional Center ("MCC") in Manhattan, New York, pursuant to 18 U.S.C. § 3582(c), in light of the ongoing COVID-19 pandemic. Dkt. 466. On April 15, 2020, the Government opposed that request. Dkt. 468. On April 16, 2020, the Court denied the motion, reviewing at length, *inter alia*, Mr. Walter's medical condition, history, and offense conduct, and concluding that "the Court cannot find that the application of the § 3553(a) factors favors an early release." Dkt. 469 ("Apr. 16 Order") at 5.

On May 26, 2020, the Court received an *ex parte* letter from Mr. Walter himself, which the Court construed as a motion for compassionate release. *See* Dkt. 483. The Court directed defense counsel and the Government to file supplemental letters in connection with Mr. Walter's application for relief. *Id.* The Court has received defense counsel's supplemental letter in support, Dkt. 484, and the Government's letter in opposition, Dkt. 486.

For the reasons set forth in the Court's April 16 Order, which the Court incorporates by reference in its entirety, the Court is constrained to deny Mr. Walter's motion, which raises no new arguments. Although the effects of Mr. Walter's gunshot wounds remain significant and the

advocacy of Mr. Walter's counsel remains admirable, the Court still cannot find that Mr. Walter would not be a danger to the community or that the § 3553(a) factors favor an early release. *See* Apr. 16 Order at 5–6.

Accordingly, finding that the § 3553(a) factors do not support a reduction of sentence, the Court denies Mr. Walter's renewed motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The Clerk of Court is respectfully directed to terminate the motion pending at docket 484.

SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: June 2, 2020
           New York, New York