# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

**MANHATTAN**
1 Penn Plaza, Suite 5315
New York, New York 10119
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

June 3, 2020

Honorable Paul A. Engelmayer
United States District Court Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

 Re: *United States v. Faheem Walter*
  Docket No.: 18-CR-834

Dear Judge Engelmayer:

I served as CJA counsel to defendant Faheem Walter in the above referenced case up until his sentencing on August 16, 2019. I write to request that Your Honor issue an order re-assigning me to represent Mr. Walter pursuant to the Criminal Justice Act concerning his applications for compassionate release in light of the COVID-19 pandemic. I respectfully request that the assignment be *nunc pro tunc* to April 1, 2020.

I was contacted by Mr. Walter and his family on April 1, 2020 and he asked for my assistance in applying for compassionate release. I assisted him in making an application to the warden of the MCC on April 2, 2020 and filed on his behalf a motion with the Court on April 14, 2020. Thereafter, following Mr. Walter's May 14, 2020 *pro se* letter to the Court, which was treated as a subsequent motion for compassionate release, I prepared and filed a further detailed letter on Mr. Walter's behalf. And, following the Court's June 2, 2020 order, I have been asked to file a further letter seeking relief for Mr. Walter related to his current designation.

Given the extensive additional work I have performed for Mr. Walter related to his efforts to seek compassionate release and other relief in light of the pandemic, I am asking that the Court re-appoint me as CJA counsel *nunc pro tunc* so that I may seek compensation.

The Court's consideration is greatly appreciated.

Respectfully submitted,

*/s/ Edward V. Sapone*
Edward V. Sapone, Esq.

**GRANTED.**

**6/5/2020**
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge