# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner                    Chase S. Ruddy, Esq., Senior Associate
Edward V. Sapone, Esq., Partner                    Michael Vitaliano, Esq., Associate

<u>MANHATTAN</u>                                                    <u>LONG ISLAND</u>
1 Penn Plaza, Suite 5315                              1103 Stewart Avenue, Suite 200
New York, New York 10119                            Garden City, New York 11530
Telephone: (212) 349-9000                            Telephone: (516) 678-2800
Facsimile: (212) 349-9003                             Facsimile: (516) 977-1977
E-mail: ed@saponepetrillo.com                      E-mail: william@saponepetrillo.com

June 3, 2020

Honorable Paul A. Engelmayer
United States District Court Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *United States v. Faheem Walter*
                          <u>Docket No.: 18-CR-834</u>

Dear Judge Engelmayer:

      I am CJA counsel to defendant Faheem Walter in the above-referenced case. I am in receipt of the Court's June 2, 2020 order denying Mr. Walter's renewed motion for compassionate release. I write to address one aspect of Mr. Walter's May 14, 2020 letter, which was not addressed in the Court's order.

      According to Mr. Walter's letter, he has been designated to the United States Penitentiary in Hazelton, West Virginia, where he will no doubt be transferred sometime after the BOP's restrictions on inmate movement have been lifted. Such a placement would put him some 350 miles from New York City, hours away from even the closest airport. Mr. Walter maintains a very real fear that such a designation will prevent him from seeing his family, especially his children, for the duration of his term of imprisonment.

      The Court was cognizant of this issue at sentencing and recommended in Mr. Walter's judgment that he be designated to FCI Fort Dix or, failing that, a facility as close as possible to New Jersey to facilitate family visits.

      In order to maintain Mr. Walter's family ties, particularly those with his children, in our May 28, 2020 letter in support of Mr. Walter's renewed motion for compassionate release we asked that the Court, if it was not inclined to grant Mr. Walter compassionate release, issue a further recommendation that Mr. Walter be designated to a BOP facility that will allow him to maintain essential family ties. We respectfully renew that request and ask that the Court endorse this letter and urge the BOP to reconsider designating Mr. Walter to a facility where he will have access to his family.

As always, the Court's consideration is greatly appreciated.

Sincerely,

*/s/ Edward V. Sapone*
Edward V. Sapone, Esq.

Cc: Michael Longyear, Esq.
Assistant United States Attorney

Jacob Warren, Esq.
Assistant United States Attorney

The Court renews its recommendation to the Bureau of Prisons that Mr. Walter be designated to a facility close to New Jersey, so as to facilitate family visits. The Clerk of Court is requested to terminate the motion at Dkt. No. 489.

6/5/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

2