UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

-v-

FAHEEM WALTER,

Defendant.

18-CR-834-6 (PAE)

ORDER

―――――――――――――――――――――――――――

PAUL A. ENGELMAYER, District Judge:

On April 14, 2020, counsel for defendant Faheem Walter filed a motion seeking Mr. Walter's compassionate release from the MCC pursuant to 18 U.S.C. § 3582(c), in light of the ongoing COVID-19 pandemic. Dkt. 466. On April 16, 2020, the Court denied the motion, reviewing at length, *inter alia*, Mr. Walter's medical condition, history, and offense conduct, and concluding that "the Court cannot find that the application of the § 3553(a) factors favors an early release." Dkt. 469 at 5.

On May 26, 2020, the Court received a *pro se* letter from Mr. Walter, which the Court construed as a motion for compassionate release. *See* Dkt. 483 (the "Second Motion"). The Court commissioned supplemental briefing from defense counsel and the Government. *Id.* On June 2, 2020, the Court denied the Second Motion, finding that Mr. Walter had not presented any new information or arguments. Dkt. 487.

On July 30, 2020, the Court received the attached *pro se* letter from Mr. Walter, dated July 26, 2020, renewing his motion for compassionate release. The Court is constrained to again deny Mr. Walter's motion. While the Court is sympathetic to Mr. Walter's medical conditions, for the reasons stated in the Court's April 16, 2020 order, which the Court incorporates by

reference, the Court finds that the § 3553(a) factors do not currently support a reduction of sentence. This ruling is without prejudice to Mr. Walter renewing his motion after he has served at least half of his sentence.

The Clerk of Court is respectfully directed to mail a copy of this order, as well as copies of the orders filed at docket 469 and docket 487, to Mr. Walter.

SO ORDERED.

                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: July 31, 2020
       New York, New York