UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FAHEEM WALTER,

Defendant.

18-CR-834-06 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 11, 2021, defendant Faheem Walter filed a motion for compassionate release. *See* Dkt. 609. The Court directs the Government to file a response by April 22, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 8, 2022
New York, New York